mssb−defntc (Rev. 12/17)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re:                                                    Case No.: 18−02245−NPO
                                                          Chapter: 13

Otis Eugene McMillon Jr.
564 Jones Lane
Carthage, MS 39051

Social Security / Individual Taxpayer ID No.:
    xxx−xx−9983

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Aty Disclosure Stmt. due 06/22/2018
Chapter 13 Plan due 06/22/2018
Stmt. of Fin. Affairs due 06/22/2018
Ch13 Income Form 122C−1 due 06/22/2018

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 6/8/18                              Danny L. Miller, Clerk of Court
                                                501 East Court Street, Suite 2.300
                                                P.O. Box 2448
                                                Jackson, MS 39225−2448

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.