Form ntcdsm (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 18−02245−NPO
Chapter: 13

In re:
    Otis Eugene McMillon Jr.
    564 Jones Lane
    Carthage, MS 39051

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−9983

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on August 13, 2020.

Dated: 8/13/20                       Danny L. Miller, Clerk of Court
                                          501 East Court Street, Suite 2.300
                                          P.O. Box 2448
                                          Jackson, MS 39225−2448
                                          601−608−4600